

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-071-CV

TROPHY CLUB MUNICIPAL UTILITY                  APPELLANTS
DISTRICT NO. 2 AND TROPHY CLUB
MUNICIPAL UTILITY DISTRICT NO. 1

V.

TOWN OF TROPHY CLUB, TEXAS                  APPELLEE

AND

TOWN OF TROPHY CLUB, TEXAS                  APPELLANT

V.

TROPHY CLUB MUNICIPAL UTILITY                  APPELLEE
DISTRICT NO. 2

----------

## FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss Appeal As Moot." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  June 25, 2009